**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6670

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY GERALD WHITE, SR.,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:03-cr-00375-WDQ)

Submitted: September 28, 2006        Decided: October 6, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Gerald White, Sr., Appellant Pro Se.  Christopher John Romano, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Gerald White, Sr., appeals the district court's order denying his motion for production of grand jury transcripts pursuant to Fed. R. Crim. P. 6(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. White</u>, No. 1:03-cr-00375-WDQ (D. Md. Mar. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>